

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 29, 2024

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *United States v. Kennedy*, 12 Cr. 863 (LAP)

Dear Judge Preska:

The Government writes to provide the Court with an update and proposed next steps in this case.

On or about July 16, 2024, the U.S. Probation Department submitted to the Court a violation report and request for a summons for the defendant, Jamel Kennedy (the "Summons and Violation Report"). The Summons and Violation Report contained, among other things, specifications related to charges in New York state court stemming from an alleged July 2024 domestic violence incident (the "State Charges"). On or about July 24, 2024, the Court held a preliminary revocation hearing on the specifications in the Summons and Violation Report. On or about September 5, 2024, the Court ordered the parties to submit a letter regarding proposed next steps in this case by October 30, 2024.

The Government understands that the State Charges have been dismissed. The Government respectfully requests an additional two weeks, until November 13, 2024, to confer with the Bronx District Attorney's Office, review the evidence in this case, and further confer with defense counsel, at which point the parties will submit a letter to the Court regarding their positions on proposed next steps in this case. Defense counsel consents to this request.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
10/30/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231