

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 13, 2024

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Kennedy*, 12 Cr. 863 (LAP)

Dear Judge Preska:

    The Government writes on behalf of both parties pursuant to the Court's October 30, 2024 order directing the parties to submit their proposed next steps in this case by November 13, 2024. (ECF 605.)

    On or about July 16, 2024, the U.S. Probation Department submitted to the Court a violation report and request for a summons for the defendant, Jamel Kennedy (the "Summons and Violation Report"). The Summons and Violation Report contained, among other things, specifications related to charges in New York state court stemming from an alleged July 2024 domestic violence incident (the "State Charges"). As stated in the Government's October 29, 2024 letter, the State Charges have been dismissed. (ECF 604.)

    The Government respectfully requests that the Court set a conference to discuss this matter and set a hearing date. Defense counsel consents to this request. The parties understand, based on discussions with the Court's chambers via email, that the Court is available on December 2, 2024 at 11:00 a.m.

```
The Government's request for
a conference is GRANTED.
The parties will appear on
December 2, 2024 at 11:00
A.M.

SO ORDERED.

Dated: November 14, 2024
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Lauren E. Phillips
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J