

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 3, 2024

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Kennedy*, 12 Cr. 863 (LAP)

Dear Judge Preska:

The Government writes to respectfully request on behalf of the parties that a hearing be set to address the specifications in the U.S. Probation Department's July 16, 2024 violation report for the defendant, Jamel Kennedy. Based on conversations with the Court's chambers, the parties understand that the Court is available on February 4, 2025 at 10 a.m.

The Government may seek to prove the specifications through hearsay and other corroborating evidence at the hearing. Accordingly, the parties respectfully request that any motions *in limine* regarding the admissibility of such evidence be filed by January 14, 2025, and any responses be filed by January 21, 2025.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
12/3/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Lauren Phillips*
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231