UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
                                                         :

UNITED STATES OF AMERICA

                                                         :       **ORDER**

- v. -

                                                         :

JAMEL KENNEDY,                          12 Cr. 863 (LAP)

                                                         :

       Defendant.

                                                         :
---------------------------------x

       WHEREAS, the Government in the above-captioned case has advised the Court that a hearing concerning reported violations of the conditions of supervised release by the defendant, Jamel Kennedy, will be required to resolve the pending violation specifications;

       AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the defendant, Jamel Kennedy, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

       IT IS HEREBY ORDERED that the U.S. Probation Office for the relevant United States Probation Office for the defendant provide a copy of the case file maintained for the defendant, Jamel Kennedy, including but not limited to the Probation Office's chronological notes, results of drug tests, treatment reports, location monitoring notifications, and communications with the defendant, the defendant's family members, and/or the victim of the specifications alleged in the Violation Report dated July 16, 2024, and any other materials that underly the specifications in the Violation Report, to the Government for its review.

SO ORDERED:

Dated:    January 13, 2025
              New York, New York

                                                                */s/ Loretta A. Preska*
                                                               HON. LORETTA A. PRESKA
                                                               United States District Judge