

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 14, 2025

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:     *United States v. Jamel Kennedy*, 12 Cr. 863 (LAP)

Dear Judge Preska:

     The Government writes, with consent of defense counsel, to respectfully request a one-week extension to the January 14, 2025 deadline to file any *motions in limine* regarding the admissibility of evidence in the violation of supervised release hearing in this case, and the January 21, 2025 deadline to file any responses. (*See* Dkt. 609.) Among other reasons, the additional time will allow the parties to discuss disputed issues and potential stipulations that may obviate the need for certain briefing.

```
The Government's request for
an extension is GRANTED.  Any
motions in limine regarding
the admissibility of evidence
in the violation of supervised
released hearing shall be
filed by January 21, 2025.
Any responses shall be filed
by January 28, 2025.

SO ORDERED.

Dated: January 15, 2025

_____
   LORETTA A. PRESKA, U.S.D.J.
```

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

by: _____
    Lauren E. Phillips
    Assistant United States Attorney
    (212) 637-2231