USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>1/22/2025</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JAMEL KENNEDY,

                  Defendant.

12 Cr. 863-9

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

      This matter is before the undersigned, Part I, for review of a bail order entered yesterday by the Honorable Sarah L. Cave.  ECF No. 616.  The temporary stay of Judge Cave's January 21, 2025 order, *see id.*, is hereby EXTENDED until the undersigned rules on the bail appeal.

      By **January 23, 2025**, at **9:00 a.m.**, the parties shall each file a letter brief and any accompanying materials in support of or in opposition to the Government's appeal of Judge Cave's January 21, 2025 order.

      SO ORDERED.

Dated: January 22, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge