USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2025

# LAW OFFICES OF
# DANIEL A. MCGUINNESS

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

January 23, 2025

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St
New York, NY 10007

    Re: *United States v. Jamel Kennedy,* 12 Cr. 863 (AT)

Dear Judge Torres,

    I am appointed to represent Jamel Kennedy in this matter. I write to respectfully request a brief extension of the filing deadline set for 9:00am this morning. The Government does not object to this request. Yesterday, the Court ordered written submissions via letter motion to be filed by 9:00am today concerning the bail appeal in this matter. As part of this matter, the Government has relied on and provided to the defense, thousands of pages of extracted phone messages from Mr. Kennedy's phone. The defense just this morning received additional messages that the Government accessed and promptly turned over to the defense. I am respectfully requesting an extension until 12:00pm today to file the letter motion.

    I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel A. McGuinness

GRANTED.

SO ORDERED.

Dated: January 23, 2025
       New York, New York

ANALISA TORRES
United States District Judge